(No. 6372—

ROBERT H. SCANLAN, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LOCAL GOVERNMENT OFFICES, Respondent.

*Opinion filed March 24, 1972.*

ROBERT H. SCANLAN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6387—

VITO'S MARKET, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed March 24, 1972.*

VITO'S MARKET, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.